

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

December 16, 2015

Vicki Pruitt Johnson

██████████████

RE:     Court of Appeals Number:   02-15-00375-CV
        Trial Court Case Number:   2013-PR02467-1

Style:   Estate of Joe J. Johnson, Jr, Deceased

The court has received a copy of the notice of appeal in this case.  *See* Tex. R. App. P. 25.1(e).  The court is concerned it may not have jurisdiction over this appeal because the notice of appeal was not timely filed.  Tex. R. App. P. 26.1.  The trial court's judgment was signed December 22, 2014.  No post-judgment motion was filed to extend the appellate deadline, so the notice of appeal was due January 21, 2015, but was not filed until October 27, 2015.

Unless the appellant or any party desiring to continue the appeal files with the court, on or before **Monday, December 28, 2015,** a response showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction.  Tex. R. App. P. 42.3(a), 44.3.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rose M. Stewart, Deputy Clerk

cc:  John G. Johnson

██████████████

Probate Clerk, Tarrant County

Tarrant County Courthouse
100 W. Weatherford St., Rm. 260A
Fort Worth,TX 76196-0241

Hon. Steve M. King
Judge, Probate Court No. 1
Tarrant County Courthouse
100 W. Weatherford St., Rm. 260A
Fort Worth,TX 76196-0214

Court Reporter, Probate Court No. 1
Tarrant County Courthouse
100 W. Weatherford St., Rm. 260A
Fort Worth,TX 76196-0241